No. 125. GUSTAVUS FRENCH HARVEY ET AL. *v.* UNION TRACTION COMPANY, J. D. SIGGINS, PRESIDENT. Appeal from the District Court of the United States for the District of Kansas. Submitted January 25, 1922. Decided February 27, 1922. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of *Farrell* v. *O'Brien,* 199 U. S. 89, 100; *Toop* v. *Ulysses Land Co.,* 237 U. S. 580, 583; *Piedmont Power & Light Co.* v. *Graham,* 253 U. S. 193, 195. *Mr. Gustavus French Harvey* for appellants. *Mr. John J. Jones* for appellee.

No. 420. J. DAN BLACKISTONE *v.* LEONARD W. GROOMES. Error to the Court of Appeals of the District of Columbia. Motion to dismiss submitted January 30, 1922. Decided February 27, 1922. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of *Farrell* v. *O'Brien,* 199 U. S. 89, 100; *Toop* v. *Ulysses Land Co.,* 237 U. S. 580, 583; *Piedmont Power & Light Co.* v. *Graham,* 253 U. S. 193, 195. *Mr. Raymond M. Hudson* for plaintiff in error. *Mr. Joseph D. Sullivan* for defendant in error.

PETITIONS FOR CERTIORARI GRANTED OR RESTORED TO DOCKET, FROM OCTOBER 3, 1921, TO AND INCLUDING FEBRUARY 27, 1922.